**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

ILAN DORON, NCM GROUP, LLC, NCM WIRELESS, LLC, AND NCM WIRELESS HOLDINGS INC.,

Debtors.
_______________________________________/

Case No.: 21-21964-RAM
Chapter 7
Substantively Consolidated

MARCIA T. DUNN, Chapter 7 Trustee,

Plaintiff,

v.

PROTEMPO US LIMITED,

Defendant(s).
_______________________________________/

Adv. Case No. 23-01282-RAM

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiff, MARCIA T. DUNN, the duly appointed Chapter 7 Trustee of the substantively consolidated bankruptcy estate of ILAN DORON, NCM GROUP, LLC, NCM WIRELESS, LLC, and NCM WIRELESS HOLDINGS INC., by and through undersigned counsel and pursuant to Fed.R.Bankr. P. 7041, files this Notice of Voluntary Dismissal of the Complaint filed on December 21, 2023, against Defendant PROTEMPO US LIMITED, with each party to bear its own attorneys fees and costs.

Dated: August 16, 2024

**DUNN LAW, P.A.**
*Counsel for Plaintiff*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: (786) 433-3866
Fax: (786) 260-0269
dblansky@dunnlawpa.com

By: */s/ David A. Blansky*
David A. Blansky, Esq.
Florida Bar No. 1033002

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2024, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case.

By: */s/ David A. Blansky*
David A. Blansky, Esq.
Florida Bar No. 1033002